**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JESUS VARGAS. | Case № 2:25-cv-04288-ODW (PVCx) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| THE BOEING COMPANY et al., | **DISMISS AS MOOT [11]** |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

On May 19, 2025, Defendant The Boeing Company served Plaintiff Jesus Vargas with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case. (ECF No. 11.)  On May 20, 2025, Plaintiff filed a First Amended Complaint, less than twenty-one days after The Boeing Company filed its responsive submission.  (ECF No. 13.)  Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**, (ECF No. 11), and the Court's Order to Show Cause is **DISCHARGED**, (ECF No. 12).  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 21, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**