**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JESUS VARGAS. | Case № 2:25-cv-04288-ODW (PVCx) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| THE BOEING COMPANY et al., | **DISMISS AS MOOT [15]** |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

On June 3, 2025, Defendant The Boeing Company served Plaintiff Jesus Vargas with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss the First Amended Complaint in this case.  (ECF No. 15.)  On June 16, 2025, pursuant to the stipulation of the parties and the Court's leave, Plaintiff filed a Second Amended Complaint. (ECF No. 19.)  Federal Rule of Civil Procedure 15(a)(2) allows plaintiffs to file an amended complaint with the opposing party's written consent or the court's leave. Therefore, Plaintiff's Second Amended Complaint was proper.   As the pending motion to dismiss is based on a pleading that is no longer operative, the motion is **DENIED** as **MOOT**.  (ECF No. 15); *see Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 17, 2025

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**