JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JESUS VARGAS, | Case № 2:25-cv-04288-ODW (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOCKHEED MARTIN CORPORATION et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, (ECF No. 27), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

October 21, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**